# Order

Michigan Supreme Court
Lansing, Michigan

September 14, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

Rehearing No. 532

129606

MICHAEL J. BARNES, JR.,
          Plaintiff-Appellee,

v

KIM KRISTINE JEUDEVINE,
          Defendant-Appellant.
_____

SC:    129606
CoA:  252840
Kalamazoo CC: 03-6657-DP

In this cause, a motion for rehearing is considered and it is DENIED.

Cavanagh and Kelly, JJ., would grant rehearing.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 14, 2006

Clerk